UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CYLER WRIGHT | ) | CASE NO. 1:20-cv-2872 |
| Plaintiff, | ) | |
| v. | ) | JUDGE PATRICIA A. GAUGHAN |
| VERITA TELECOMMUNICATIONS CORPORATION | ) | **JOINT MOTION FOR APPROVAL OF SETTLEMENT** |
| Defendant. | ) | |

For the reasons set forth below, Representative Cyler Wright and the Opt-In Party Plaintiffs ("Plaintiffs"), and Defendant Verita Telecommunications Corporation ("Defendant)(collectively "Parties"), hereby move this Court for an Order: (1) approving the settlement as fair and reasonable; and (2) dismissing the case, with prejudice, with each party to bear its own costs and attorneys' fees unless otherwise provided for in the Joint Stipulation.

In support of this Motion, the Parties state that:

1.     Former Representative Plaintiff Kip Green alleged in the Complaint, among other things, claims for alleged unpaid overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq. ("FLSA").  The lawsuit was filed individually and on behalf of all hourly employees who were employed by Defendant in the field from December 31, 2017 to the present who were allegedly not paid for hours worked over 40 each workweek, which included work performed before and after their scheduled start and stop times, and for work performed during their lunch breaks.

2.     Defendant contends Plaintiffs were fully compensated for all hours worked, and denies that Plaintiff or the Opt-In Plaintiffs are entitled to additional compensation of any kind.

4858-4669-0109.v2

3.        Plaintiffs and Defendant are represented by their respective counsel.

4.        On April 12, 2021, Plaintiff Kip Green filed a Motion for Conditional Certification Expedited Opt-In Discovery, and Court-supervised Notice to Potential Opt-In Plaintiffs under the FLSA. [ECF No. 16.] The Parties fully briefed the motion. On June 2, 2021, the Court granted in part and denied in part Plaintiff Kip Green's motion for conditional certification. [ECF No. 22.] On June 16, 2021, the Court entered an order approving the Parties' proposed notice and consent forms. [ECF No. 24.] Notice of the lawsuit was issued by U.S. Mail and electronic mail to potential opt-in Plaintiffs, except for Kip Green and the eight other individuals who had already joined the collective under 29 U.S.C. 216(b). A total of 49 individuals have joined this case as Opt-In Plaintiffs. A list of all Opt-In Plaintiffs who are receiving payments are identified in the attached Exhibit 1.

5.        On or about July 26, 2022, Cyler Wright was substituted for Kip Green as the Representative Plaintiff. Kip Green remains an Opt-In Plaintiff and subject to this Settlement, unless he affirmatively opts-out of this Settlement.

6.        In an effort to reach a resolution, and to avoid the expense and burden of litigation, the parties, without any admission of liability as to any of the asserted claims, have reached a settlement of all claims asserted in the pending action. The terms are embodied in the Settlement Agreement and Release, which is being filed with the Court as Exhibit 1 (the "Settlement").

7.        As explained in the Declaration of David J. Steiner (Ex. 2), Plaintiffs' counsel believes that the proposed Settlement is fair and reasonable. Specifically, if approved by the Court, the Settlement will cover both the Representative Plaintiff and the Opt-In Plaintiffs. **The settlement amount would provide all Plaintiffs with over 100% of their overtime damages allegedly owed**.

4858-4669-0109.v2

8. In exchange, Plaintiffs' damage claims will be settled and dismissed. Plaintiffs will release all wage and hour and overtime claims under the FLSA and Ohio's wage laws.

9. Provided the Court provides the approval sought herein, the parties, pursuant to Fed.R.Civ.P. 41, will stipulate to the dismissal of this case, with prejudice, each party to bear its own attorneys' fees and costs unless otherwise provided for in the Joint Stipulation. Plaintiff requests that the Court retain jurisdiction to enforce the terms of their agreement.

WHEREFORE, the Parties respectfully requests that the Court enter an Order: (1) approving the settlement agreement between the parties as fair and reasonable; (2) dismissing this case with prejudice, each party to bear its own attorneys' fees and costs unless otherwise provided for in the Confidential Joint Stipulation; and (3) retaining jurisdiction to enforce the terms of this settlement.

Respectfully submitted:

By:    /s/ David Steiner
David J. Steiner (0075217)
Anthony J. Lazzaro (0077962)
The Lazzaro Law Firm, LLC
The Heritage Building, Suite 250
34555 Chagrin Boulevard
Moreland Hills, Ohio 44022
Office: 216-696-5000 x103
david@lazzarolawfirm.com
anthony@lazzarolawfirm.com
*Attorneys for Plaintiffs*

By:    <u>/s/ Ethan R. Holtz</u>
Ethan R. Holtz (P71884)
Jaffe, Raitt, Heuer & Weiss, P.C.
27777 Franklin Road, Suite 2500
Southfield, MI 48034
(248) 351-3000
eholtz@jaffelaw.com
*Attorney for Defendant*

## Certificate of Service

    The Parties state a copy of the foregoing was sent to Kip Green on November 14, 2022, via first class mail, to the following address:  Kip Green, 1788 Wainwright Road, New Philadelphia, OH 44663.

    <u>s/David J. Steiner and Ethan Holtz</u>

4

4858-4669-0109.v2